# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

131441

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

SHON AUDREY BEAVERS,
　　　Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131441
COA: 269651
Mecosta CC: 96-003784-FH

On order of the Court, the application for leave to appeal the April 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

s1018

Clerk